## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TYLER NATHANIEL TOLIVER**
**ADC #144922**                                                                    **PLAINTIFF**

**V.**                            **CASE NO. 1:14-CV-0044 JM/BD**

**CLEBURNE COUNTY DETENTION CENTER**
**and RICHARD SWAIN**                                                      **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 17th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE